No. 80–2014.  SAMARA *v.* UNITED STATES, *ante*, p. 829;

No. 80–2055.  WHITE *v.* UNITED STATES, *ante*, p. 830;

No. 80–2061.  ROME *v.* KANSAS EX REL. COMMISSION ON JUDICIAL QUALIFICATIONS, *ante*, p. 830;

No. 80–2113.  J. W. BATESON, INC. *v.* UNITED STATES, *ante*, p. 833;

No. 80–2186.  BOYD *v.* WESTERN ELECTRIC ET AL., *ante*, p. 836;

No. 80–6364.  STEVENS *v.* KIRKPATRICK, *ante*, p. 839;

No. 80–6624.  MUKA *v.* COHN ET AL.; and MUKA *v.* FOLEY ET AL., *ante*, p. 841;

No. 80–6696.  LINDEN *v.* FOX ET AL., *ante*, p. 802;

No. 81–5143.  LINDEN *v.* DIAL PRESS ET AL., *ante*, p. 802;

No. 80–6710.  FRAZIER *v.* COMMISSIONER OF INTERNAL REVENUE, *ante*, p. 845;

No. 80–6831.  SCOTT *v.* SMALL BUSINESS ADMINISTRATION, *ante*, p. 851;

No. 80–6945.  KERNER *v.* HAELSIG, AKA KERNER, *ante*, p. 858;

No. 81–18.  WOOLRIDGE *v.* KENTUCKY, *ante*, p. 859;

No. 81–131.  QUINN-MOORE ET AL. *v.* LAMBERT, BANK COMMISSIONER OF ARKANSAS, ET AL., *ante*, p. 805;

No. 81–145.  TODD *v.* UNITED STATES, *ante*, p. 864;

No. 81–163.  LYON ET AL. *v.* CALIFORNIA ET AL., *ante*, p. 865;

No. 81–182.  TAHOE SHOREZONE REPRESENTATION *v.* CALIFORNIA ET AL., *ante*, p. 865;

No. 81–5004.  FORD *v.* ALDISERT ET AL., *ante*, p. 867;

No. 81–5095.  IN RE SIMS, *ante*, p. 811;

No. 81–5116.  CHANDLER *v.* COCHRAN ET AL., *ante*, p. 872; and

No. 81–5149.  GREEN *v.* ALLEN, CORRECTIONS DIRECTOR, ET AL., *ante*, p. 873.  Petitions for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of these petitions.